# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00262-MR-WCM

| | |
|---|---|
| ECR SOFTWARE CORP., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>GENIUS CENTRAL SYSTEMS, INC. )<br>and RAY STEELE, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff ECF Software Corp. ("ECR") initiated this action with the filing of a Complaint against the Defendants Genius Central Systems, Inc. ("Genius Central") and Ray Steele ("Steele") on September 13, 2018. [Doc. 1]. ECR filed an Affidavit of Service indicating that Steele was served with a summons and a copy of the Complaint on September 28, 2018. [Doc. 9]. ECR filed an Amended Complaint on November 30, 2018. [Doc. 16]. On August 16, 2019, ECR filed a Stipulation of Dismissal with respect to Genius Central, leaving only Steele as a defendant. [Doc. 28]. There is nothing in the record, however, to indicate that ECR has served Steele with the

Amended Complaint, and the Plaintiff appears to have made no effort to prosecute this action further against this Defendant.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to the Defendant Ray Steele.  **The Plaintiff is advised that failure to take further action against this Defendant will result in the dismissal of its claims against this Defendant.**

IT IS SO ORDERED.

Signed: August 21, 2019

Martin Reidinger
United States District Judge